**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| Sejal Patel,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER S. BULLOCK, *ICE Field Office Director of the New Orleans Field Office*;<br>DAVID VENTURELLA, *Acting Director of Immigration and Customs Enforcement*;<br>MARKWAYNE MULLIN, *Secretary of Homeland Security*; and<br>TODD BLANCHE, *Acting U.S. Attorney General*,<br><br>Respondents. | ) | CASE NO.:<br>3:26-CV-01225 |

**ORDER GRANTING PETITIONER'S MOTION FOR ORDER TO SHOW CAUSE AND FOR PRODUCTION OF EVIDENCE ON AN EMERGENCY BASIS**

Upon consideration of Petitioner's Motion for Order to Show Cause and for Production of Evidence on an Emergency Basis, the verified habeas petition, and the record in this case, the Court finds that expedited treatment is warranted under 28 U.S.C. §§ 2243 and 1657.

Accordingly, it is hereby ORDERED that:

1. Respondents shall SHOW CAUSE, in writing, why the writ should not be granted, by filing a return certifying the true cause of Petitioner's detention no later than **three (3) days after service**, or within such other expedited period as the Court deems appropriate.

2. Together with their return, Respondents shall produce the portions of Petitioner's A-file and DHS custody records bearing on the statutory and factual basis for Petitioner's continued detention, including:

    a. any Form I-200, Form I-286, Form I-220A, or other custody document relied upon for detention;

    b. any revocation, custody-redetermination, or detention-classification record;

    c. any officer notes, memoranda, emails, or other records concerning the August 25, 2026 detention;

    d. any document identifying the statutory or regulatory basis asserted for current detention;

    e. any document identifying the official who authorized detention or custody revocation;

    f. any administrative warrant or custody determination relied upon by Respondents; and

    g. any record reflecting whether DHS contends Petitioner is detained under 8 U.S.C. § 1225(b), § 1226(a), § 1231, or another statutory provision.

3. Petitioner may file a traverse no later than **three (3) days after service of the return**.

4. The Clerk is DIRECTED to send immediate notice of this Order and the related filings to the United States Attorney's Office for the Middle District of Tennessee by CM/ECF and by any additional expedited means available to the Clerk.

5. If necessary, the Court will set this matter for expedited hearing upon further review of the return and traverse.

IT IS SO ORDERED.

Entered this 28th day of August, 2026.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE